Camellia Baray
California State Bar No. 179219
Bonjour, Thorman, Baray & Billingsley
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Naseer Durani

FILED
U.S. DISTRICT COURT
2013 SEP -5   A 10: 29
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>NASEER DURANI,<br><br>             Defendant.<br>_____/ | No. 1:12-CR-00088 RJS<br><br>MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM<br><br>Judge Robert J. Shelly |

Camellia Baray, attorney for Defendant Naseer Durani, hereby moves the Court for an order authorizing issuance of Subpoenas Duces Tecum, addressed to the following:

Costco
c/o CT Corporation Systems
818 W. 7th Street, 2nd Floor
Los Angeles, CA 90017

///

requiring the production of the following items:

    1. Any and all records, pertaining to the Costco cards/accounts issued to Westside Market, Naseer Durani, Jana Roberts and Josh Sturn from January 1, 2008 to January 1, 2011, including, but not limited to: receipts, invoices, monthly statements and any other documents showing purchases made on this account. Documentation identifying whether the purchases were made in cash, by check, or with a debit or credit card should also be included.

The requested material needs to be provided to the Clerk of the Court, US District Court, District of Utah, 350 South Main Street, Rm. 150, Salt Lake City, Utah 84101.

The subpoenaed documents are necessary for an adequate defense at trial. Mr. Durani is accused of, among other things, conspiracy to commit wire fraud and money laundering between 2010 - 2012. The government's theory is that Mr. Durani and/or his staff, allowed individuals to purchase non-SNAP authorized goods with SNAP benefits and/or allowed individuals to receive cash back from their accounts in lieu of making authorized purchases. The government is relying on comparisons between Westside Market and other local convenience stores to show that Westside Market had sales that were above average for sales in the area. The government believes it can prove that the excess sales were a result of fraudulent transactions. In order to defend against the accusation and show that Westside Market had higher sales because it offered products for sale in a greater variety and quantity than local convenience stores, the defense requires records documenting the purchases (for resale) Mr. Durani dba Westside Market made during the relevant time period. Jana Roberts and Josh Sturn

also made purchases for Westside Market during this time and may therefore be named in the requests for records as well. Finally, records are requested from 2008-2011 because this is the period in which Mr. Durani was growing his business and the defense believes these records will therefore show increased purchases of inventory over time.

This motion is made under the provisions of Rule 17(c) of the Federal Rules of Criminal Procedure.

DATED this 3rd day of September, 2013

*(signature)*
Camellia Baray
Attorney for Defendant

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF UTAH

UNITED STATES OF AMERICA,
        Plaintiff,
v.

NASEER DURANI,
        Defendant.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 12-00088-RJS

TO:  Costco
      c/o CT Corporation Systems
      818 W. 7th Street, 2nd Floor
      Los Angeles, CA 90017

X  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court, District of Utah<br>350 South Main St., Rm. 150<br>Salt Lake City, UT 84101 | |
| | DATE AND TIME<br>September 20, 2013 |

X  YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

True and correct copies of any and all records you have pertaining to purchases made at the Costco store located in Ogden, Utah, in conjunction with the Costco card(s) issued to Westside Market, Naseer Durani, Jana Roberts and Josh Sturn from January 1, 2008 to January 1, 2011, including, but not limited to: receipts, invoices, monthly statements and any other documents showing purchases made on this account. Please provide documentation showing the items purchased using this account, the cost of the items purchased, and whether the purchase was made using cash, check, debit card or credit card.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                              DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

ADDITIONAL INFORMATION